**Order entered July 23, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01427-CR

### CHARLES RAY GRAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82047-2015**

## ORDER

Before the Court is the State's July 20, 2018 motion for extension of time to file its brief.

We **GRANT** the motion and **ORDER** the brief received July 20 filed as of the date of this order.

/s/    CRAIG STODDART
JUSTICE